IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RUBEN GONZALEZ,

        Appellant,

                                     Case No.  5D21-2833
v.                                  LT Case No. 2014-CF-000149-B-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 28, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Bryant R. Camareno, of Bryant R. Camareno,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Alyssa M. Williams, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.